## THOMAS v. STATE.
### No. 18187.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

J. C. Darroch, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile on a public street while intoxicated; punishment, a fine of $50.

We find with this record an affidavit, in due form, made by the appellant in this case asking that his appeal be dismissed. The request is granted. The appeal is dismissed.